```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28261
   ERICA L ROGERS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-0248


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/15/2005 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 09/27/2005.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------------
ARONSON FURNITURE         SECURED            300.00        .00          .00
ARONSON FURNITURE         UNSECURED          882.21        .00          .00
NATIONWIDE ACCEPTANCE~    SECURED NOT I NOT FILED          .00          .00
NATIONWIDE ACCEPTANCE~    UNSECURED         1622.45        .00          .00
ORANGE LAKE COUNTRY CLUB  SECURED NOT I      .00           .00          .00
TRIAD FINANCIAL           SECURED            .00           .00          .00
TRIAD FINANCIAL           UNSECURED     NOT FILED          .00          .00
WELLS FARGO FINANCIAL     SECURED           8425.00        .00          .00
WELLS FARGO FINANCIAL     UNSECURED     NOT FILED          .00          .00
WELLS FARGO FINANCIAL     NOTICE ONLY   NOT FILED          .00          .00
AT & T WIRELESS           UNSECURED     NOT FILED          .00          .00
AT & T WIRELESS           NOTICE ONLY   NOT FILED          .00          .00
CAPITAL ONE BANK          UNSECURED     NOT FILED          .00          .00
CAPITOL MANAGEMENT SERVI  NOTICE ONLY   NOT FILED          .00          .00
CERTIFIED SERVICES        UNSECURED     NOT FILED          .00          .00
CINGULAR WIRELESS         UNSECURED     NOT FILED          .00          .00
COMMONWEALTH EDISON ~     UNSECURED     NOT FILED          .00          .00
*B-LINE LLC               UNSECURED        1429.01        .00          .00
EMERGE MASTERCARD         UNSECURED        1240.07        .00          .00
EXPRESS LOAN              UNSECURED         212.80        .00          .00
HHLD BANK                 UNSECURED     NOT FILED          .00          .00
HHLD BANK                 UNSECURED     NOT FILED          .00          .00
MERRICK BANK~             UNSECURED     NOT FILED          .00          .00
PROVIDIAN NATIONAL BANK   UNSECURED     NOT FILED          .00          .00
PROVIDIAN FINANCIAL       NOTICE ONLY   NOT FILED          .00          .00
US DEPT OF EDUCATION      UNSECURED     NOT FILED          .00          .00
VILLAGE OF HAZEL CREST    UNSECURED         553.57        .00          .00
ORANGE LAKE COUNTRY CLUB  UNSECURED         719.96        .00          .00
JOSEPH WROBEL             DEBTOR ATTY       .00                         .00
TOM VAUGHN                TRUSTEE                                       .00
DEBTOR REFUND             REFUND                                       .00


         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 28261 ERICA L ROGERS
```

```
--------------------------------------------------------------------------------
TRUSTEE                                         .00

PRIORITY                                                            .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                                    .00
                               ---------------   ---------------
TOTALS                                 .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/26/06          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE