```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                     CASE NO. 05 B 28261
        ERICA L ROGERS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

                Debtor
        SSN XXX-XX-0248


    ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------------

         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

        1.  The case was filed on 07/15/05 and confirmed on 01/11/06.

        2.  The plan is paid in full.

        3.  The Debtor paid a total of $  19882.00 .

        4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MONTEREY FINANCIAL SVCS | SECURED | 761.00 | 71.72 | 761.00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 11175.00 | 1705.78 | 11175.00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | .00 |
| NATIONWIDE ACCEPTANCE | SECURED | 363.21 | 34.66 | 363.21 |
| ORANGE LAKE RESORT | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1429.01 | .00 | 162.41 |
| EMERGE MASTERCARD | UNSECURED | 1240.07 | .00 | 140.94 |
| EXPRESS LOAN | UNSECURED | 212.80 | .00 | 24.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 775.99 | .00 | 88.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 737.77 | .00 | 83.85 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10262.04 | .00 | 1166.29 |
| MUNICIPAL COLLECTION SER | UNSECURED | 553.57 | .00 | 62.91 |
| WELLS FARCO FINANCIAL AC | UNSECURED | 8334.60 | .00 | 947.23 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONWIDE ACCEPTANCE | UNSECURED | 1259.24 | .00 | 143.12 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 421.21 | .00 | 47.88 |

```
            Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 12299.21 | .00 | 25226.30 | .00 | 37525.51 |

```
PRINCIPAL PAID           12299.21          .00       2867.00           .00      15166.21
INTEREST PAID             1812.16          .00           .00           .00       1812.16
TOTAL PAID               14111.37          .00       2867.00           .00      16978.37
```

The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $   2200.00
and was paid $    306.00   direct and $   1894.00   through the plan.

The Trustee received $    927.63 .

Refunds to the Debtor totaled $     82.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/09/09                        /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE